UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,<br><br>   Plaintiff,<br>v.<br><br>WACHOVIA CAPITAL MARKETS, LLC, n/k/a WELLS FARGO SECURITIES, LLC<br><br>   Defendants. | Civil Action No. 13-cv-6719 (DLC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew C. Shen, with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., admitted to the Bar of this Court, hereby enters his appearance in the above-captioned action, as counsel for Plaintiff National Credit Union Administration Board.

Dated: March 20, 2015

                /s/ Andrew C. Shen
               Andrew C. Shen
               Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
               Sumner Square
               1615 M Street, N.W., Suite 400
               Washington, D.C. 20036
               Tel: 202.326.7900
               ashen@khhte.com

               *Attorney for National Credit Union Administration Board*