UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

NATIONAL CREDIT UNION
ADMINISTRATION BOARD          Plaintiff,                    Case No.  13-cv-6719 (DLC)

-against-
WACHOVIA CAPITAL MARKETS,
LLC                           Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending                    [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Greg G. Gutzler
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ]    An attorney
[ ]    A Government Agency attorney
[✓]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Korein Tillery LLC
             FIRM ADDRESS:  505 N. 7th Street, Ste. 3600, St. Louis, MO 63101
             FIRM TELEPHONE NUMBER:  314-241-4844
             FIRM FAX NUMBER:  314-241-3525

NEW FIRM:    FIRM NAME:  Elias Gutzler Spicer LLC
             FIRM ADDRESS:  1924 Chouteau Ave., Ste. W., St. Louis, MO 63101
             FIRM TELEPHONE NUMBER:  314-833-6645
             FIRM FAX NUMBER:  314-621-7607

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated:    5/5/15                          _____
                                          ATTORNEY'S SIGNATURE