## MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

---

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702





Writer's Direct Contact
(415) 512-4082
david.fry@mto.com

October 20, 2015

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RE:  *NCUA v. Wachovia Capital Markets, LLC*, No. 13-cv-6719 (S.D.N.Y)

Dear Judge Cote:

The parties to the above-referenced action have entered into a settlement agreement. We anticipate that a stipulation of dismissal will be filed in the action shortly.

Very truly yours,

/s/ *David H. Fry*

David H. Fry

cc:  David C. Frederick, Esq.