```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-20-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                          Plaintiff,    :    13cv6719 (DLC)
            -v-                         :    13cv6705 (DLC)
                                        :
WACHOVIA CAPITAL MARKETS, LLC.,         :    ORDER
                                        :
                          Defendant.    :
                                        :
------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is

   ORDERED that NCUA v. Wachovia Capital Markets, LLC, 13cv6719, is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         October 20, 2015

                                    _____
                                          DENISE COTE
                                    United States District Judge