IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of Southwest Corporate
Federal Credit Union,

        Plaintiff,

vs.

WACHOVIA CAPITAL MARKETS, LLC,
n/k/a WELLS FARGO SECURITIES, LLC

        Defendant.

Case No. 13-cv-6719 DLC/JCF



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2015

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS the National Credit Union Administration Board as Liquidating Agent of Southwest Corporate Federal Credit Union and Defendant Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

*So ordered. The Clerk of Court shall close the case.*

*[signature]*
*10/28/15*

Date: October 27, 2015

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Gregory G. Rapawy, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

Of Counsel:
Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
National Credit Union Administration
1775 Duke Street
Alexandria, Virginia 22314

Steven M. Tillery, *pro hac vice*
Steven M. Berezney, *pro hac vice*
Michael E. Klenov, *pro hac vice*
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, IL 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Date: October 27, 2015

David Fry, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Fax: (415) 512-4077
david-fry@mto.com

*Attorneys for Defendant Wachovia Capital Markets, Inc.*

**SO ORDERED:**

_____
**U.S.D.J.**    tm